*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Colin Alfred Bollers ) Case No. 26−13269−djb

Debtor(s). ) Chapter: 13

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated August 3, 2026, this case is hereby DISMISSED.

**Date: August 31, 2026**

Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan due by 8/17/2026
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities due 8/17/2026.
Documents were due by August 17, 2026.